```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00318 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR EXTENSION OF TIME TO |
| v. | ) FILE RESPONSE SET A DATE FOR A |
| | ) REPLY AND CONTINUANCE OF STATUS |
| JAIME VEGA, | ) CONFERENCE AND MOTIONS |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jeremy Kroger, attorney for Jaime Vega, that the time for the government to file its response to the defendant's motion to suppress currently due June 8, 2012 be extended to June 22, 2012; that a date for the defendant's reply to the government's response be set for June 29, 2012; and that the hearing on the motion and status conference currently set for June 18, 2012 be continued to July 2, 2012 at 1:30 p.m. The parties are involved in plea negotiations that have the potential of causing the defendant to withdraw his motion to suppress. The parties agree that they need additional time to do additional background investigation and finalize plea negotiations.

1

The parties further agree that time will be excluded through the Court's ruling on the motions. Moreover, the parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 8, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                 By    /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: June 8, 2012                    /s/ Jeremy Kroger
                                       JEREMY KROGER
                                       Attorney for the Defendant


IT IS SO ORDERED.

Dated:     June 8, 2012            _____
                                   CHIEF UNITED STATES DISTRICT JUDGE