```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00318 AWI |
| Plaintiff, | AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GOVERNMENT'S RESPONSE |
| v. | |
| JAIME VEGA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jeremy Kroger, attorney for Jaime Vega, that the time for the government to file its response to the defendant's motion to suppress currently due June 22, 2012 be **extended to June 27, 2012**; due to the medical illness of the government's attorney. The date for the defendant's reply to the government's response remain set for June 29, 2012; and that the hearing on the motion and status conference remain on July 2, 2012 at 1:30 p.m., as previously ordered. The parties are involved in plea negotiations that have the potential of causing the defendant to withdraw his motion to suppress. The parties agree that they need additional time to do

1

additional background investigation and finalize plea negotiations. The parties further agree that time will be excluded through the Court's ruling on the motions. Moreover, the parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 22, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: June 22, 2012　　　　　　　　　/s/ Jeremy Kroger
　　　　　　　　　　　　　　　　　　　JEREMY KROGER
　　　　　　　　　　　　　　　　　　　Attorney for the Defendant

**ORDER**

IT IS SO ORDERED.

Dated: ___June 22, 2012___　　　　　_____
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE