1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00318-AWI |
   |---|---|
12 | Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
13 | v. | |
14 | JAIME VEGA | |
15 | Defendant. | |

16

17    Based upon the plea agreement entered into between plaintiff United States of

18 America and defendant Jaime Vega, it is hereby ORDERED, ADJUDGED, AND

19 DECREED as follows:

20    1.   Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Jaime

21 Vega's interest in the following property shall be condemned and forfeited to the United

22 States of America, to be disposed of according to law:

23         a.   a Smith and Wesson 9 mm handgun

24    2.   The above-listed property constitutes firearms involved in or used in a

25 knowing violation of 18 U.S.C. § 922(g).

26    3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be

27 authorized to seize the above-listed property. The aforementioned property shall be seized

28 and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody

Preliminary Order of Forfeiture         1

and control.

4. a. Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) in which all interests will be addressed.

IT IS SO ORDERED.

Dated: February 7, 2013

_____
SENIOR DISTRICT JUDGE